IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-03438-RBJ

TOVA DAVIS,

    Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,
d/b/a Encompass Insurance Company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of Plaintiff, Tova Davis, and Defendant, Encompass Insurance Company of America dba Encompass Insurance Company, for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation [ECF No. 38] and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff against Defendant in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED this 4th day of March, 2015.

BY THE COURT:

*[signature]*

_____
R. Brooke Jackson

1

United States District Judge